IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALPHONSO RAY JONES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:12CV564 |
| | § | |
| NATIONWIDE DEBT MANAGEMENT | § | |
| SOLUTIONS, LLC, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

This court, having received no response to its May 8, 2013 order requiring Plaintiff to file a verified petition regarding the service on Defendants in this matter on or before May 28, 2013 (Dkt. 12), finds that this case should be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

It is hereby **CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this the 18th day of September, 2013.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE